## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JUSAMUEL RODRIGUEZ
MCCREARY, RICHARD C.
ANAMANYA, and JOSEPH R.
COPPOLA,

each individually and on behalf of
all others similarly situated,

            PLAINTIFFS,

    v.

THE FEDERAL BUREAU OF
PRISONS, THOMAS R. KANE,
DAVID J. EBBERT,

            DEFENDANTS.

Case No. 1:17-CV-01011
(Judge Wilson)
(Magistrate Judge Schwab)

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs' counsel conferred with

Defendants' counsel and the parties agree that this case should be dismissed.  The

Bureau of Prisons has closed the Special Management Unit at USP Lewisburg and

transferred all individuals previously held in that unit to other prisons, and the issue

that is the subject of Plaintiffs' action is therefore moot.

DATED:  March 23, 2021:      Submitted by:

                   /s/ Kevin H. Metz
                   Kevin H. Metz
                   PA *ID* No. 324044

Marissa R. Boynton (*admitted pro hac vice*)
LATHAM &WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Tel.: (202) 637-2200
kevin.metz@lw.com
marissa.boynton@lw.com

Alexandra Morgan-Kurtz
PA INSTITUTIONAL LAW PROJECT
PA *ID* No. 312631
100 Fifth Ave., Suite 900
Pittsburgh, PA 15222
Tel.: (412) 434-6175
amorgan-kurtz@pailp.org

*Counsel for Plaintiffs*

/s/ Timothy S. Judge
Timothy S. Judge
Assistant U.S. Attorney
PA 203821
U.S. Attorney's Office
235 North Washington Ave
P.O. Box 309
Scranton, PA 18503
Tel.: (570) 348-2800

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the forgoing was served

upon the following via ECF on March 23, 2021:

> Timothy S. Judge
> United States Attorney's Office Middle District of
> Pennsylvania
> 235 N. Washington Ave.
> P.O. Box 309
> Scranton, PA 18501
> Tel: 570-348-2827
> Email: timothy.judge@usdoj.gov

DATED : March 23, 2021          By: /s/ Kevin H. Metz_____
                                Kevin H. Metz
                                PA *ID* No. 324044
                                LATHAM &WATKINS LLP
                                555 Eleventh Street NW, Suite 1000
                                Washington, DC 20004
                                Tel.: (202) 637-2200
                                kevin.metz@lw.com